**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-6227**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

THOMAS B. FOSTER,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Chief District Judge.  (CR-96-5-MU, CA-00-60-3-1-MU)

───────────

Submitted:  June 19, 2002              Decided:  June 28, 2002

───────────

Before WILKINS, NIEMEYER, and MOTZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Thomas B. Foster, Appellant Pro Se.  Gretchen C. F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas B. Foster appeals the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 2001), and motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Foster, Nos. CR-96-5-MU; CA-00-60-3-1-MU (W.D.N.C. June 1, 2000; filed July 5, 2000 & entered July 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2